# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL GOGNA, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00707-JLT-SAB<br><br>ORDER RE REQUEST FOR REMOTE APPEARANCE<br><br>(ECF No. 38) |

A hearing on Plaintiff's motion for default judgment is set to be heard by the undersigned on July 2, 2024, in Courtroom 9. (ECF No. 36.) On June 28, 2024, Plaintiff filed a request for counsel to appear remotely. (ECF No. 38.) The Court's current practice is to allow parties to appear either in person or via videoconference for such motions. The Court will provide videoconference login information prior to the hearing. Counsel for plaintiff is not permitted to appear by telephone.

Accordingly, it is HEREBY ORDERED that counsel for Plaintiff shall be permitted to appear by videoconference at the hearing on July 2, 2024.

IT IS SO ORDERED.

Dated: **June 28, 2024**

UNITED STATES MAGISTRATE JUDGE

1