## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOSE TRUJILLO,**

CASE NO: **1:22–CV–00707–JLT–SAB**

v.

**PAUL GOGNA, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/21/2024**

                                         **Keith Holland**
                                         Clerk of Court

ENTERED:  **August 21, 2024**

                                  by: /s/ C. Marrujo
                                            Deputy Clerk